**RECEIVED**
IN ALEXANDRIA, LA.

MAR - 7 2013

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| MAXINE HUREN,<br>　　Appellant | CIVIL ACTION<br>NO. CV12-0957 |
| VERSUS | |
| U.S. Commissioner of Social<br>Security,<br>　　Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Commissioner's unopposed motion (Doc. 10) is GRANTED, the Commissioner's final decision is VACATED, and Huren's case is REMANDED, pursuant to the fourth sentence of 42 U.S.C. § 405(g), to the Commissioner of Social Security for the purpose of correctly determining Huren's disability onset date.

THUS ORDERED AND SIGNED in Chambers at _Alexandria_, Louisiana, on this _7th_ day of _March_ 2013.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE