RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| MAXINE HUREN,<br>    Appellant | CIVIL ACTION<br>NO. 2:12-CV-00957 |
| VERSUS | |
| U.S. Commissioner of Social<br>Security,<br>    Appellee | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

# J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Huren's motion for attorney fees (Doc. 13) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of October 2013.

                                          JAMES T. TRIMBLE, Jr.
                                    UNITED STATES DISTRICT JUDGE